UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| CODY SMITH, | ) |
| --- | --- |
| *Plaintiff*, | ) |
| | ) Case No. 3:23-CV-42-CLC-JEM |
| v. | ) |
| | ) |
| JASON PABON, | ) |
| ERIC FRAILLEY, and | ) |
| ADAM SOUTHERN, | ) |
| | ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's *pro se* complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   /s/ LeAnna R. Wilson
   CLERK OF COURT